The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAYLER WILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; JAY SCOTT and JANE DOE SCOTT, and the marital community composed thereof,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00374-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Noted For Consideration:<br>July 19, 2022 |

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

DATED this 19th day of July, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | COLBURN LAW |
| *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NYBA #5195664<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: kristen.vogel@usdoj.gov<br><br>*Attorney for Defendant United States* | *s/ Gregory S. Colburn*<br>GREGORY S. COLBURN, WSBA No. 41236<br>22500 SE 64th Place, Suite 200<br>Issaquah, WA 98027<br>Phone: 206-919-3215<br>Fax: 888-850-2909<br>Email: greg@colburnlaw.com<br><br>*Attorney for Plaintiff*<br><br>HOLT WOODS & SCISCIANI LLP<br><br>*s/ John Barton*<br>JOHN BARTON, WSBA No. 45529<br>Holt Woods & Scisciani LLP<br>701 Pike St., Ste. 2200<br>Seattle, WA 98101<br>Phone: 206-262-1200<br>Fax: 206-223-4065<br>Email: jbarton@hwslawgroup.com<br><br>*Attorney for Defendant Jay Scott* |

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 19th day of July, 2022.

*John H. Chun*

Honorable John H. Chun
United States District Judge